# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No.: 2:17-cr-00074-JCM-NJK |
| vs. | ) | **ORDER FOR PREPARATION OF A** |
| DERECK VINCENT FESOLAI, | ) | **PRE-PLEA PRESENTENCE INVESTIGATION REPORT** |
| Defendant. | ) | (Docket No. 25) |

## FINDINGS OF FACT

Based on the pending Motion of counsel and good cause appearing therefore, the Court finds that:

1. Present defense counsel requests the preparation of a Pre-Plea Presentence Investigation Report request is made so that Defendant may have the advice and assistance of effective counsel reviewing his actual sentencing exposure based on his verified criminal history.

2. The preparation and review of the report in this matter will aid in the Defendant's understanding of any potential sentencing exposure and assist him in communication with his counsel.

## ORDER

IT IS THEREFORE ORDERED that Defendant's motion, Docket No. 25, is GRANTED.  A pre-plea presentence investigation report shall be prepared in this matter.

DATED this 27th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

DRUMMOND LAW FIRM
810 S, Casino Center Blvd., Suite 101
Las Vegas, NV 89101
www.DrummondFirm.com