# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA

          Plaintiff,

v.

Dereck Vincent Fesolai

          Defendant.

JUDGMENT

Case Number: 2:17-cr-00074-JCM-NJK-1

(Related case: 2:19-cv-01677-JCM)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Judgment is entered in favor of United States of America and agains Dereck Vincent Fesolai. The Motion to Vacate (2255) is Dismissed without prejudice.

11/22/2019
Date

DEBRA K. KEMPI
Clerk

/s/ S. Denson
Deputy Clerk