RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Dereck Vincent Fesolai

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>DERECK VINCENT FESOLAI,<br><br>              Defendant. | Case No. 2:17-cr-00074-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jessica Oliva, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Dereck Vincent Fesolai, that the Revocation Hearing currently scheduled on June 2, 2023 at 10:00 am, be vacated and continued to June 5, 2023 at 10:30 am.

This Stipulation is entered into for the following reasons:

1. Defense counsel will be traveling back to Las Vegas from a mandatory training conference in Orlando, Florida during the time currently set for the revocation hearing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 23rd day of May, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By /s/ Rick Mula<br>RICK MULA<br>Assistant Federal Public Defender | By /s/ Jessica Oliva<br>JESSICA OLIVA<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DERECK VINCENT FESOLAI,<br><br>    Defendant. | Case No. 2:17-cr-00074-JCM-NJK<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, June 2, 2023 at 10:00 a.m., be vacated and continued to **Monday, June 5, 2023 at the hour of 10:30 a.m**.; or to a time and date convenient to the court.

    DATED May 24, 2023.

_____
UNITED STATES DISTRICT JUDGE